**Dismissed; Opinion Filed April 22, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00431-CR

**RAY EMMETT MADDEN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-40260-M**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

On April 1, 2019, Ray Emmett Madden filed his notice of appeal. Two weeks later, his appellate counsel filed a letter, stating that although he was appointed to represent appellant, the trial court did not enter an order revoking appellant's probation; rather, appellant's probation conditions had been modified. On April 17, 2019, the district clerk filed a copy of the trial court's March 20, 2019 "Order Modifying the Conditions of Community Supervision."

Orders modifying conditions of community supervision are not appealable orders. *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *see Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) (legislature has authorized appeal in two instances: one from order granting probation and one from order revoking probation; "There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision.").

Without an appealable order, this Court has no jurisdiction to entertain an appeal. *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008).

We dismiss this appeal.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

Do Not Publish
Tᴇx. R. Aᴘᴘ. P. 47.2(b)
190431F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RAY EMMETT MADDEN, Appellant

No. 05-19-00431-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-40260-M.
Opinion delivered by Justice Partida-Kipness. Justices Whitehill and Pedersen, III participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal for want of jurisdiction.

Judgment entered this 22nd day of April, 2019.